# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TOSHIA HUSTON,<br><br>    Plaintiff,<br><br>    vs.<br><br>AFFINITY MEDICAL SOLUTIONS, INC.; ROBIN MIMS; LOLA TROVAO; SCOTT PLACNIK; DOE 1; DOE 2; DOE 3; DOE 4; DOES 5 THROUGH 100, INCLUSIVE,<br><br>    Defendants. | Case No. 12-cv-05202 NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED**<br><br>Re: Dkt. No. 7 |

Defendants filed a motion to dismiss certain claims from plaintiff's first amended complaint on October 22, 2012.  Dkt. No. 7.  Plaintiff has not responded.  Civil Local Rule 7-3(a) requires parties to file and serve an opposition within fourteen days after a motion is filed.  In the alternative, a party who does not oppose the motion must file a statement of nonopposition with the court within fourteen days.  Civ. L.R. 7-3(b).  "Failure to follow a district court's local rules is a proper ground for dismissal." *Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995).

Accordingly, plaintiff has seven days from the date of this order to show cause why this action should not be dismissed.  Also within seven days, plaintiff must consent to or decline the jurisdiction of a United States Magistrate Judge.  Form attached.

    IT IS SO ORDERED.

DATED: November 6, 2012

                                    _____
                                    NATHANAEL M. COUSINS
                                    United States Magistrate Judge

Case No. 12-cv-05202 NC
ORDER TO SHOW CAUSE