1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

9  | TOSHIA HUSTON,
10 |     Plaintiff,
11 |     vs.
12 | AFFINITY MEDICAL SOLUTIONS, INC.;
13 | ROBIN MIMS; LOLA TROVAO; SCOTT
   | PLACNIK; DOE 1; DOE 2; DOE 3; DOE 4;
14 | DOES 5 THROUGH 100, INCLUSIVE,
15 |     Defendants.

Case No. 12-cv-05202 NC

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

Re: Dkt. No. 12

16
17    On November 6, 2012, the Court issued an order to show cause why this case
18 should not be dismissed for plaintiff's failure to file an opposition or statement of
19 nonopposition to defendants' motion to dismiss. *See* Dkt. No. 12.  The order to show
20 cause deadline was November 13, 2012.  To date, counsel has not responded to the
21 Court's order and has not filed a consent or declination to the jurisdiction of a United
22 States Magistrate Judge.  Form attached.
23    Plaintiff is ordered to respond to the order to show cause and file a consent or
24 declination to the jurisdiction of a magistrate judge by 5:00 p.m. on November 19.
25 Counsel is reminded that failure to follow the local rules and failure to comply with court
26 orders is proper grounds for dismissal.  *See Hells Canyon Pres. Council v. U.S. Forest*
27 *Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (district court may dismiss an action in
28 accordance with Federal Rule of Civil Procedure 41(b) sua sponte for a plaintiff's failure

1    to prosecute or comply with a court order).

2           IT IS SO ORDERED.

3    DATED: November 15, 2012

4                                                    NATHANAEL M. COUSINS

5                                                    United States Magistrate Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28